# Third District Court of Appeal

## State of Florida

Opinion filed March 24, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1703
Lower Tribunal No. F15-12613
_____

**Creary Robinson,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Lody Jean, Judge.

Creary Robinson, in proper person.

Ashley Moody, Attorney General, for appellee.

Before EMAS, C.J., and LINDSEY and BOKOR, JJ.

PER CURIAM.

Affirmed.  See Robinson v. State, 278 So. 3d 649 (Fla. 3d DCA 2018).